# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
MIC/CCS, Joint Venture ) ASBCA Nos. 58023, 58242, 58475
) 58647, 59750
)
Under Contract No. F42650-03-D-0010 )

APPEARANCES FOR THE APPELLANT: Richard C. Johnson, Esq.
John S. Pachter, Esq.
Keeley A. McCarty, Esq.
Richard H. Synder, Esq.
  Smith Pachter McWhorter PLC
  Vienna, VA

Patrick Hendrickson, Esq.
  Hendrickson Law Firm
  South Jordan, UT

APPEARANCES FOR THE GOVERNMENT: Lt Col James H. Kennedy III, USAF
  Air Force Chief Trial Attorney
Jeffrey M. Lowry, Esq.
Anna F. Kurtz, Esq.
Erika L. Whelan Retta, Esq.
Capt Amy K. Siak, USAF
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 11 February 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58023, 58242, 58475, 58647, 59750, Appeals of MIC/CCS, Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals